# NO. 12-11-00224-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|                   |   |                            |
|-------------------|---|----------------------------|
| *EX PARTE:*       | § | *APPEAL FROM THE 349TH*    |
|                   | § | *JUDICIAL DISTRICT COURT*  |
| *BARRY WION*      | § | *ANDERSON COUNTY, TEXAS*   |

### *MEMORANDUM OPINION*
### *PER CURIAM*

On July 26, 2011, Appellant filed a notice of appeal from the trial court's order denying his motion for a judgment nunc pro tunc. On July 28, 2011, this court notified Appellant, pursuant to Texas Rule of Appellate Procedure 37.2, that the information received in this appeal does not contain a final judgment or other appealable order. *See Shadowbrook Apartments v. Abu-Ahmad*, 783 S.W.2d 210, 211 (Tex. 1990) (holding that order denying motion for judgment nunc pro tunc is not appealable). Appellant was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before August 29, 2011, to show the jurisdiction of this court.

On August 19, 2011, Appellant responded that the trial court's order is final and appealable because it disposes of all issues and parties in the suit. He responded further that the trial court's docket sheet entry is sufficient to show that the order was signed. However, these arguments and the authority Appellant cites do not address the Texas Supreme Court's holding in *Shadowbrook Apartments* and do not show that this case is an exception to that holding. Consequently, Appellant has not shown this court's jurisdiction of the appeal. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered August 24, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)